# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARK WILSEY,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　Defendant. | NO. CV-06-268-FVS<br><br>ORDER OF DISMISSAL |

　　IT IS ORDERED that this matter is dismissed with prejudice and without costs and the file is CLOSED.

　　DATED this __25th__ day of June, 2007.

　　　　　　　　　　　　　　s/ Fred Van Sickle
　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　FRED VAN SICKLE
　　　　　　　　　　　　　　United States District Judge

Presented by:

*s/ Andrew S. Biviano*

ANDREW S. BIVIANO
Assistant U. S. Attorney
Attorney for United States

ORDER - 1